■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PRINCE ALBERT MARSHALL, Also Known as JUNIOR COLLINS, Ap-

pellant. [947 NYS2d 893]

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Rivera, J.P., Angiolillo, Leventhal and Cohen, JJ., concur.